UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | | |
|---|---|---|
| DAVID WAYNE PARKS, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 6: 05-287-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| THOMAS L. SIMPSON, Warden | ) | **ORDER** |
| | ) | |
| Respondent. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Petitioner David Wayne Parks filed this action pursuant to 28 U.S.C. §2254. In accordance with local practice, the matter was referred to a United States Magistrate Judge for a Report and Recommendation. That report was filed June 3, 2005. In addition, the Magistrate Judge advised the Petitioner that objections to his Report and Recommendation must be filed within ten (10) days or such objections would be deemed waived in accordance with *United States v. Walters*, 638 F.2d. 947 (6th Cir. 1981), and *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd* 474 U.S. 140 (1985). This time period has now expired; however, the Petitioner has not filed any objections. Accordingly, the Magistrate Judge's Report and Recommendation will be adopted by the Court.

In summary, this matter concerns an attempted withdrawal of a guilty plea by the Petitioner. This attempt was denied by the state trial court with the Petitioner being subsequently sentenced to a term of imprisonment of life without parole eligibility for 25 years on the murder charge. The Petitioner was also sentenced to a term of ten years imprisonment on an

accompanying burglary charge with that term to run consecutive to the life term. The Petitioner appealed the trial court's decision denying his motion to withdraw his guilty plea. However, the Kentucky Supreme Court unanimously determined that the trial court did not abused its discretion in refusing to permit the Petitioner to withdraw his plea. In addition, that court found that the guilty plea was entered knowingly and intelligently.

The Petitioner filed a state petition for habeas relief in June 1996. That petition was denied by the Morgan Circuit Court. This denial was affirmed by the Kentucky Court of Appeals on August 22, 1996. On January 23, 1997, the Kentucky Supreme Court denied discretionary review.

As the Report and Recommendation reflects, the Petitioner then sought federal habeas review in February 1997. However, this Court concluded that the Petitioner had not shown a basis for the relief sought and denied his petition. A second state court action was also instituted by the Petitioner but was again denied.

The Petitioner filed a second federal petition for habeas relief in the Western District of Kentucky. That matter has been transferred to this Court for review. As the Magistrate Judge correctly concludes, the present action is "yet another attempt by the petitioner to challenge the legality of his 1988 murder/burglary conviction. The record plainly reflects that the present federal petition is 'successive'". [Record No. 2, p. 4] And because he is attempting to present issues that have been adjudicated previously, but has not obtained permission from the Sixth Circuit, the matter should be transferred to that court. *See In re Sims*, 111 F.3d 45 (6th Cir. 1997) (when a second or successive petition for habeas corpus relief is filed in the district court

without authorization from the Sixth Circuit, the district court should transfer the case pursuant to 28 U.S.C. § 1631). Further, because a transfer order is not a final, appealable order, a petitioner is not entitled to a certificate of appealability.

Finally, this Court also agrees with the Magistrate Judge that the Petitioner may not seek relief under Rule 60(B)(6) of the Federal Rules of Civil Procedure under the circumstances of this case. Accordingly, it is hereby **ORDERED** as follows:

1. The Report and Recommendation of the United States Magistrate Judge entered June 3, 2005, is **ADOPTED** and **INCORPORATED** herein in full.

2. The Petitioner's Petition for a Writ of Habeas Corpus is **TRANSFERRED** to the United States Court of Appeals for the Sixth Circuit to determine whether the Petitioner may file a successive habeas petition.

3. The Petitioner's motion to appoint counsel and his motion for leave to proceed *in forma pauperis* are **DENIED**.

This 22nd day of June, 2005.

Signed By:
*Danny C. Reeves* DCR
**United States District Judge**